## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**FRANKLIN CHRISTOPHER**
**HIGGINBOTHAM,**

   **Plaintiff,**

**v.**          **Case No.  5:21-cv-62-TKW-MJF**

**MARK INCH,** Secretary of the Florida
Department of Corrections,
and **S HOSSEINI**,

   **Defendants.**
_____/

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Second Report and Recommendation (Doc. 20).  No objections were filed.  Upon due consideration of the Second Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with the order to pay the filing fee.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Second Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED without prejudice for Plaintiff's failure to comply with this court's order to pay the filing fee.

3.      The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE and ORDERED** this 1st day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**